[No. 38758-1-II.  Division Two.  February 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. SYKES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00214-7, David L. Edwards, J., entered December 22, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38949-5-II.  Division Two.  February 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHEEM DEMETRIUS HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02104-5, Anne Hirsch, J., entered February 26, 2009. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 27762-3-III.  Division Three.  February 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN C. MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01598-1, Michael P. Price, J., entered December 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 57814-6-I; 62636-1-I.  Division One.  February 8, 2010.]

FRANK CARASKA, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, DIVISION OF WASHINGTON STATE FERRIES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 01-2-34950-3, Jay V. White, J., entered February 9, 2006. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Becker, JJ.